**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON**

**ERIE INSURANCE PROPERTY
& CASUALTY COMPANY,**

        **Petitioner,**

v.

**ELECTRONICALLY FILED
CIVIL ACTION NO. 3:17-cv-03882**

**WEST TENAMPA MEXICAN
RESTAURANT, INC., LUPE JOSE
VALENCIA, and AMANDA MAYNUS,**

        **Respondents.**

## AGREED ORDER OF DISMISSAL

On this day come the parties, by counsel, and jointly request the Court for the entry of this Order dismissing this case **without** prejudice.  The parties advise that, the underlying case upon which this declaratory judgment action is based, has been compromised and settled.

It is, therefore, **ORDERED** that this case, shall be and hereby is, **DISMISSED**, **without** prejudice.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTERED this ___2___ day of ~~July,~~ Aug. 2018.

_____
Judge Robert C. Chambers

Prepared by:


       /s/ Matthew J. Perry
Matthew J. Perry, Esquire WVSB 8589
**LAMP BARTRAM LEVY**
**TRAUTWEIN & PERRY, PLLC**
720 Fourth Avenue
Post Office Box 2488
Huntington, WV 25725-2488
(304) 523-5400
(304) 523-5409
mperry@lbltplaw.com


Approved by:


       /s/ David D. Amsbary
David D. Amsbary, Esquire WVSB 9968
Ralph J. Hagy, Esquire  WVSB 12326
Bailes Craig & Yon, PLLC
401 Tenth Street, Suite 500
PO Box 1926
Huntington, WV 25720


       /s/ J. Nicholas Barth
J. Nicholas Barth, Esquire  WVSB  255
Barth and Thomason Law Offices
202 Berkeley Street
PO Box 129
Charleston, WV 25302